UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

5757 PLAZA, CORP. and AROMAS DEL PERU OF WEST MIAMI CORP.,
    Defendant(s).

Case No: 23-cv-23900-RKA

## STIPULATION OF DISMISSAL WITH PREJUDICE
## AS TO DEFENDANT, 5757 PLAZA, CORP., ONLY

Plaintiff, AMIN LAKHANI, and Defendants, 5757 PLAZA, CORP., *only*, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, 5757 PLAZA, CORP. with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Respectfully submitted,

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
  *Attorney for Plaintiff*
Glenn R. Goldstein & Assoc., PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
561.573.2106
GGoldstein@G2Legal.net